```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | ELANA S. LANDAU
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |
 7 |          IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |                  EASTERN DISTRICT OF CALIFORNIA
 9 |
10 |
11 | UNITED STATES OF AMERICA,      )  Case No: 1:11-CR-405
12 |                Plaintiff,      )
   |                                )  ORDER TO **UNSEAL** INDICTMENT
13 |      v.                        )
14 |                                )
   | DEMETRIUS TANNER,              )
15 |                                )
   |                Defendant.      )
16 |                                )
17 | _____)
18 |      Upon application of the United States of America and good cause
19 | having been shown,
20 |      IT IS HEREBY ORDERED that the indictment in the above-captioned
21 | proceeding be and is hereby unsealed.
22 |
23 | Date: Nov. 18 , 2011            /s/ Jennifer L. Thurston
24 |                                 Honorable Jennifer L. Thurston
   |                                 United States Magistrate Judge
```

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | ELANA S. LANDAU |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case NO. 1:11-CR-405 |
| Plaintiff, | ) | |
| | ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. | ) | |
| DEMETRIUS TANNER, | ) | |
| Defendant. | ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011  /s/ Elana S. Landau
By: Elana S. Landau
Assistant United States Attorney

1