BENJAMIN B. WAGNER
United States Attorney
ELANA LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00405-AWI |
| | ) | |
| Plaintiff, | ) | ORDER STAYING MAGISTRATE'S RELEASE ORDER AND SETTING GOVERNMENT'S MOTION FOR REVOCATION FOR HEARING |
| v. | ) | |
| DEMETRIUS TANNER, | ) | |
| Defendant. | ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government file its brief in support of its motion to revoke the defendant's conditions of release on or before December 2, 2011 and that hearing on such motion be set for December 5, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 1, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1