| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| | Attorney at Law |
| 2 | 575 East Alluvial, Suite 105 |
| | Fresno, California 93720 |
| 3 | Telephone: (559) 449-9069 |
| | Facsimile: (559) 513-8530 |
| 4 | |
| 5 | Attorney for Defendant, |
| | DEMETRIUS TANNER |
| 6 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00405-AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MOVE |
| | ) | STATUS CONFERENCE HEARING; |
| vs. | ) | ORDER |
| | ) | |
| DEMETRIUS TANNER, | ) | Date: February 13, 2012 |
| | ) | Time: 1:00 PM |
| Defendant. | ) | Judge: Dennis L. Beck |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for February 13, 2012 before the Honorable Anthony W. Ishii shall be moved to 1:00 P.M. on February 13, 2012 before the Honorable Dennis L. Beck.

Dated: February 9, 2012  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
DEMETRIUS TANNER


BENJAMIN B. WAGNER
United States Attorney


Dated: February 9, 2012  /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney
Attorney for Plaintiff

STIPULATION TO MOVE STATUS
CONFERENCE HEARING; [PROPOSED] ORDER           1

**ORDER**

IT IS SO ORDERED.

Dated: **February 9, 2012**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE