1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Suite 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 513-8530
4

5  Attorney for Defendant,
   DEMETRIUS TANNER
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   CASE NO. 1:11-cr-00405-AWI
                                      )
12 |                 Plaintiff,       )   STIPULATION TO CONTINUE
                                      )   STATUS CONFERENCE HEARING;
13 | vs.                              )   ORDER
                                      )
14 | DEMETRIUS TANNER,                )   Date: April 23, 2012
                                      )   Time: 1:00
15 |                 Defendant.       )   Judge: Hon. Dennis L. Beck
                                      )
16 | _____  )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned

20 matter now set for March 12, 2012, **may be continued to April 23, 2012 at 1:00 A.M.**

21        This continuance will allow sufficient time for the Defense to send a disk to an audio

22 specialist in Napa, California to assist counsel in enhancing the audio on the disk.  The requested

23 continuance will provide continuity of counsel, will serve the ends of justice and result in

24 economic us of time and resources and will conserve time and resources for all parties and the

25 court.  Assistant United States Attorney Elana Landau has no objection to this request.

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: March 2, 2012  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
DEMETRIUS TANNER

BENJAMIN B. WAGNER
United States Attorney

Dated: March 2, 2012  /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(A) and (B).

IT IS SO ORDERED.

**Dated: March 5, 2012**  **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE